

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-13-00385-CV

_____

**TC & C REAL ESTATE HOLDINGS, INC.,**

                                                **Appellant**

 v.

**DANIEL RAY SHERROD AND WENDY SHERROD,**

                                                **Appellees**

_____

**From the 87th District Court**
**Limestone County, Texas**
**Trial Court No. 29,970-B**

_____

# O R D E R

_____

Appellant's Motion for Rehearing was filed on September 19, 2014. The Court requests a response to be filed by appellees. TEX. R. APP. P.49.2. Appellees' response shall be filed with the Clerk no later than 5 p.m. on November 13, 2014.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Order issued and filed October 16, 2014

